IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

IVAN AZPEITIA DIAZ, Reg. #34118-051                                PLAINTIFF

VS.                                        CIVIL ACTION NO. 5:08cv208DCB-MTP

CONSTANCE REESE, et al

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice for failure to prosecute and for failure to keep this court informed of his current address and the court is unable to communicate with the plaintiff.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 22nd day of December, 2008.

                                               s/ David Bramlette
                                         UNITED STATES DISTRICT JUDGE